KELLAN S. PATTERSON, ESQ. SB No. 307190
**LAW OFFICE OF KELLAN PATTERSON**
2450 Venture Oaks Way, Suite 200
Sacramento, CA  95833
P: (916) 905-7265
F: (916) 721-2742
E: info@kellanpatterson.com

Attorney for Defendant
Jose Miguel Hernandez, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No.  2:24-cr-00164-DC-3 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| JOSE MIGUEL HERNANDEZ, JR., | Judge: Hon. Dena M. Coggins |
| Defendant, | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, Kellan S. Patterson, attorneys for JOSE MIGUEL HERNANDEZ, JR., that the sentencing hearing scheduled for January 9, 2026, at 9:30 a.m., be vacated and the matter continued to **April 17, 2026**, at 9:30 a.m.

The defense requests the additional time in order to investigate exculpatory evidence. This is the first requested continuance of the Sentencing Hearing in this matter.

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy sentencing.

U.S Probation does not object to the new date.

The parties further request that the PSR schedule be modified with the new sentencing date as follows:

(1) The Proposed Pre-Sentence Report shall be disclosed to counsel no later than March 4, 2026;

(2) Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than March 18, 2026.

(3) The Presentence Report shall be filed with the Court and disclosed to counsel no later than March 25, 2026;

(4) Motion for correct of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: April 1, 2026;

(5) Reply or statement of non-opposition due by April 8, 2026.

Dated: January 3, 2025

Respectfully submitted,

    /s/ *Kellan S. Patterson*
Kellan S. Patterson,
Attorney for Jose Miguel Hernandez, Jr.

Dated: November 25, 2025

ERIC GRANT
Acting United States Attorney

    /s/ *JASON HITT*
JASON HITT
Assistant United States Attorney

**O R D E R**

The court, having received, read and considered the parties' stipulation filed on November 26, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for January 9, 2026, is VACATED and RESET for April 17, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than March 4, 2026; the parties' informal objections shall be delivered to the Probation Officer no later than March 18, 2026; the final Report shall be submitted no later than March 25, 2026; Formal Objections or any Motion for Correction shall be submitted no later than April 1, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than April 8, 2026.

IT IS SO ORDERED.

Dated:   **November 29, 2025**

Dena Coggins
United States District Judge