ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00164-DC |
| Plaintiff, | STIPULATION TO RESET THE SENTENCING HEARING DATE FOR DEFENDANT JOSE MIGUEL HERNANDEZ; ORDER |
| v. | |
| JOSE MIGUEL HERNANDEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on April 17, 2026.  ECF 142.

2.    By this stipulation, the parties now move to continue the sentencing date until May 8, 2026.

3.	Following the filing of the defendant's sentencing memorandum on April 8, 2026, the Government has indicated that additional time is necessary to prepare a response. Accordingly, the parties stipulate to continue the sentencing hearing, with Mr. Hernandez joining in this request without objection.

IT IS SO STIPULATED.

Dated:  April 15, 2026

ERIC GRANT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated:  April 15, 2026

/s/ *Kellan Patterson, Esq.*
Kellan Patterson, Esq.
Counsel for Defendant
Jose Miguel Hernandez
Authorized to sign for Mr. Patterson on 4/15/26

STIPULATION TO RESET THE SENTENCING HEARING DATE FOR
DEFENDANT JOSE MIGUEL HERNANDEZ; ORDER

# ORDER

IT IS HEREBY ORDERED as to Jose Miguel Hernandez, Jr., the court, having received, read and considered the parties' stipulation filed on April 15, 2026 (Doc. No. 169), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing.  Accordingly, the Sentencing Hearing scheduled for April 17, 2026, is VACATED and RESET for May 8, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Any briefing the parties want the court to consider shall be submitted no later than April 30, 2026, by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:    **April 16, 2026**

_____

Dena Coggins
United States District Judge

STIPULATION TO RESET THE SENTENCING HEARING DATE FOR
DEFENDANT JOSE MIGUEL HERNANDEZ; ORDER